IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MARIA MENDEZ,

        Plaintiff,

   v.

RAHUL V. SHAH, M.D.,
et al.,

        Defendants.

CIVIL NO. 1:13-CV-01585

**JURY INTERROGATORIES**

1. Did Defendant Rahul V. Shah, M.D. deviate from accepted standards of medical practice?

   Yes _____   No __X__

   If your answer is "Yes," proceed to question 2.

   If your answer is "No," return your verdict for the defendant.

2. Did Defendant Rahul V. Shah, M.D.'s deviation proximately cause harm to the plaintiff Maria Mendez?

   Yes _____   No _____

   If your answer is "Yes," proceed to question 3.

   If your answer is "No," return your verdict for the defendant.

3. What sum of money will fairly and reasonably compensate the plaintiff Maria Mendez for damages she sustained as a proximate result of Defendant Rahul V. Shah's negligence?

   $_____

   Date: Sept. 27, 2017

Foreperson

