**BLUMBERG & WOLK, LLC**
158 Delaware Street
P. O. Box 68
Woodbury, New Jersey 08096
(856) 848-7472
Attorneys for Defendants, Rahul V. Shah, M.D., Premier Orthopedic Associates of South Jersey (incorrectly designated as Premier Orthopedic Association of South Jersey)

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| MARIA MENDEZ,<br>　　　　　　Plaintiff,<br>Vs.<br><br>RAHUL V. SHAH, M.D., PREMIER ORTHOPAEDIC ASSOCIATES SURGICAL CENTER, LLC, PREMIER ORTHOPEDIC ASSOCIATION OF SOUTH JERSEY, IAN R. GRAY, PA-C, SOUTH JERSEY HEALTHCARE DBA/TA SJH ELMER HOSPITAL; MEDTRONICS OF AMOR DANEK USA, INC., MEDTRONIC SPINE, LLC, MEDTRONIC USA, INC., MEDTRONIC, INC., JOHN DOE CORPORATIONS A through J AND JOHN DOES A through J, (fictitiously named entities and persons whose identities are unknown to plaintiff)<br>　　　　　　Defendants. | CIVIL ACTION NO:1:13-CV-01585-NLH-JS<br><br>DOCUMENT ELECTRONICALLY FILED |
|---|---|

**ORDER FOR JUDGMENT**

**THIS MATTER** having been tried before a jury on September 18, 19, 20, 26 and 27, 2017 and the jury having rendered a unanimous verdict of no negligence on behalf of Rahul V. Shah, M.D., and Premier Orthopedic Associates of South Jersey (incorrectly designated as Premier Orthopedic Association of South Jersey);

**IT ON THIS** 29th day of September, 2017, **HEREBY ORDERED** that a Judgment of No Cause of Action be entered in favor of Rahul V. Shah, M.D., and Premier Orthopedic Associates of South Jersey (incorrectly designated as Premier Orthopedic Association of South Jersey) the defendants, and against the plaintiff without costs.

　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　Hon. Noel L. Hillman